1060

[No. 23761-0-II. Division Two. March 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE DALE COX, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00452-0, H. John Hall, J., entered August 26, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 24215-0-II. Division Two. March 10, 2000.]

RALPH SCOTT, ET AL., *Respondents*, v. ROBERT MCDONALD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Mason County, No. 96-2-00238-4, Toni A. Sheldon, J., entered November 30, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 24258-3-II. Division Two. March 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID K. GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02916-3, Frederick W. Fleming, J., entered January 4, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 39522-0-I. Division One. March 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES V. REED, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01286-6, Anita L. Farris, J., entered October 15, 1996. *Affirmed* by unpublished per curiam opinion.